No. 81–247. ALABAMA v. RITTER. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Reed* v. *State*, 407 So. 2d 162 (Ala. 1981).

No. — – ——. WEISS ET AL. v. MARSHALL FIELD & CO. ET AL. Application to direct the Clerk to file petitioners' application for an extension of time, presented to JUSTICE STEVENS, and by him referred to the Court, denied. JUSTICE STEVENS took no part in the consideration or decision of this application.

No. A–210. MICHIGAN v. RUCINSKI. Application for stay of state court proceedings, addressed to JUSTICE REHNQUIST and referred to the Court, denied. JUSTICE REHNQUIST and JUSTICE O'CONNOR would grant this application.

No. A–226. GAAR ET AL. v. COMMISSIONER OF INTERNAL REVENUE. U. S. Tax Ct. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–250. CLEVELAND ELECTRIC ILLUMINATING CO. v. OFFICE OF CONSUMERS' COUNSEL, SENIOR CITIZENS COALITION, ET AL. Application for stay of execution and enforcement of the judgment of the Supreme Court of Ohio, presented to JUSTICE WHITE, and by him referred to the Court, denied.

No. A–266. ZACHARSKI v. UNITED STATES. Application for pretrial release, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–237. IN RE DISBARMENT OF CONNAGHAN. Disbarment entered. [For earlier order herein, see 451 U. S. 979.]